```
STEPHANIE HINDS, CSBN 154284
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CAIRO ALONSO CORONA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 5:22-cv-07032-NC<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff the opportunity to submit additional evidence; further develop the record as necessary; consider all pertinent issues *de novo*, including, but not limited to, reconsidering the medical opinions and prior administrative medical findings

pursuant to 20 C.F.R. § 404.1520c, and, if necessary, reconsidering whether Plaintiff can perform jobs that existed in significant numbers in the national economy; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED: May 26, 2023        */s/Francesco Benavides*
                          FRANCESCO BENAVIDES
                          (as authorized by email on __5/17/23)
                          Attorney for Plaintiff

                          STEPHANIE HINDS
                          Acting United States Attorney

DATED: May 26, 2023     By  *s/ Marcelo Illarmo*
                          MARCELO ILLARMO
                          Special Assistant United States Attorney

                          Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATE:  May 26, 2023

_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins